IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ULYSESS ROY COTTRELL,       )<br>                             )<br>       Plaintiff,            )<br>                             )<br>   vs.                       )<br>                             )<br>                             )<br> ROBERT HOUSTON, et al.,     )<br>                             )<br>       Defendants.           ) | 8:05cv504<br><br>MEMORANDUM AND ORDER |

    This case is before the court on the following pending matters: (1) filing no. 15, the Motion to File Out of Time filed by the defendants, Robert Houston, et al.; (2) filing no. 19, the Objection to defendants' Motion to File Out of Time, filed by the plaintiff, Ulysess Roy Cottrell; and (3) filing no. 16, the plaintiff's Motion for Copies. The plaintiff, a state prisoner, asserts claims pursuant to 42 U.S.C. § 1983, alleging that the defendants, corrections officers, are infringing the plaintiff's First Amendment rights and are violating the Eighth Amendment to the United States Constitution.

    Motions for extensions of time are freely granted, and thus, the defendants are retroactively granted leave to file a late answer or other response to the complaint.[1] Filing no. 15 is granted, and filing no. 19, the plaintiff's Objection, is overruled.

    Filing no. 16, the plaintiff's request for copies, is granted. The Clerk of Court shall send the plaintiff, without cost, a current docket sheet and copies of the following documents: the Order on Initial Review (filing no. 4) and all proofs of service of process (filing nos. 6, 7, 8, 9, 10, 11, and 14).

    SO ORDERED.

    DATED this 24th day of March, 2006.

                             BY THE COURT:

                             s/ F. A. GOSSETT
                             United States Magistrate Judge

---

    [1] I note that the defendants have responded to the complaint by filing a Motion to Dismiss.